So Ordered.

Dated: September 29, 2021



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In the Matter of: | Chapter 13 |
|---|---|
| Maureen J Plevin,<br>Debtor | Case No. 21-24843-kmp |

### ORDER CONTINUING AUTOMATIC STAY

The Debtor, Maureen J Plevin, filed a motion pursuant to 11 U.S.C. § 362(c)(3)(B) for an order continuing the automatic stay as to all creditors. Notice of the motion was provided to all creditors and interested parties, and an objection was filed by U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust (herein "U.S. Bank"). The Court conducted a hearing on the Debtor's motion on September 28, 2021 at which the Debtor appeared as well as her counsel, Atty. Robert J. Eddington. Atty. Kyle R. Knutson appeared for the Chapter 13 Trustee, and Atty. Michael Dimand appeared for U.S. Bank. For the reasons set forth on the record at the hearing, the Court concludes that the Debtor commenced this case in good faith.

**IT IS THEREFORE ORDERED**:

1. The Debtor's motion is granted subject to the conditions stated herein, and the automatic stay shall be continued as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

2. Beginning in October 2021 and continuing through and including March 2022, the Debtor shall pay $839.00 per month to the Chapter 13 Trustee, or whatever amount is provided for in the terms of any subsequent plan, on or before the last day of each month.

3. Beginning in October 2021 and continuing through and including March 2022, the Debtor shall make all regular monthly mortgage payments to U.S. Bank, or its

servicing agent, in sufficient time to be received on or before the 16th day of each month when such payment is due.

4. Pending further notice, the amount of the monthly mortgage payment is $1,582.26, and payments shall be made to SN Servicing Corporation, 323 5th Street, Eureka, CA 95501.

5. Should the Debtor fail to make the equivalent of one monthly plan payment between the months of October 2021 through and including March 2022, U.S. Bank or the Chapter 13 Trustee may submit an affidavit or certification of default and proposed order lifting the automatic stay with respect to U.S. Bank.

6. Should the Debtor fail to make her mortgage payment on time between the months of October 2021 through and including March 2022, U.S. Bank may submit an affidavit or certification of default and proposed order lifting the automatic stay with respect to U.S. Bank.

7. This order is a Doomsday Order under the Court's Uniform Procedure for Doomsday Orders.

#####

Drafted by: Robert J. Eddington
Eddington Law Office LLC
250 E. Wisconsin Ave. #1800
Milwaukee, WI 53202
Phone: 414-347-5639
Email: rje@eddingtonlawoffice.com